UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

First American Title Insurance Co.,

                        Plaintiff,              **RESCHEDULING ORDER**

      -against-                      21 Civ. 345 (KMK) (AEK)

MacGregor Abstract Corp.,

                        Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The letter motion at ECF No. 26 is GRANTED, and the telephonic settlement conference in this matter is hereby rescheduled from July 12, 2021 at 2:15 p.m. to **Monday, August 30, 2021, at 10:00 a.m.**

       No later than two (2) business days prior to the conference, the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length.  The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference.  Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

       Parties – not just the attorneys – must attend the settlement conference.  Corporate parties must send a representative with decision-making authority to settle the matter.  Where liability insurance is involved, a decision-making representative of the carrier must attend unless specifically excused by the Court.

       To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700#; and (3) press pound (#) to enter the

teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

The Clerk of the Court is respectfully directed to terminate the letter motion at ECF No. 26.

Dated: July 12, 2021
       White Plains, New York

                                   **SO ORDERED.**

                                   Andrew E. Krause
                                   United States Magistrate Judge